

Barry C. Scheck, Esq.
Peter J. Neufeld, Esq.
Directors

Maddy deLone, Esq.
Executive Director

Innocence Project
40 Worth Street, Suite 701
New York, NY 10013
Tel 212.364.5340
Fax 212.364.5341

www.innocenceproject.org



FILED IN COURT OF APPEALS
12th Court of Appeals District

AUG 31 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

August 27, 2015

_**Via USPS Tracking**_

Cathy Lusk
Clerk of the Court
Twelfth Court of Appeals
1517 West Front St., Suite 354
Tyler, TX  75702

Re:     _State of Texas vs. Kenneth L. Snow_
        _Case No. 12-08-00438-CR_

Dear Ms. Lusk:

Enclosed please find a check in the amount of $11.00 in payment for copies of appellate briefs in the above mentioned case.  As per your request, I have also enclosed a self-addressed stamped envelope.

Thank you for your time and consideration.

Sincerely,

Elena Aviles
Document Manager
(212) 364-5351
eaviles@innocenceproject.org

Enclosure

Benjamin N. Cardozo School of Law, Yeshiva University